AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

CAROLINA BERNAL STRIFLING and
WILLOW WREN TURKAL, on behalf of
themselves and all others similarly situated,

*Plaintiff(s)*

v.

TWITTER, INC.

*Defendant(s)*

Civil Action No. 4:22-cv-07739 -KAW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Twitter, Inc.
C T Corporation System, Registered Agent
330 N. Brand Blvd. Ste #700
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Shannon Liss-Riordan
Thomas Fowler
Lichten & Liss-Riordan, P.C.
729 Boylston St. Suite 2000
Boston, MA 02116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

*Karen Horman*

*Signature of Clerk or Deputy Clerk*

Date: 12/14/2022

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SHANNON LISS-RIORDAN (SBN SBN 310719)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street Suite 2000<br>Boston, MA 02116<br> *Telephone No:* 617-994-5800<br><br>  *Attorney For:* Plaintiff  *Ref. No. or File No.:*<br>                TWITTER-STRIFLING | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATE DISTRICT COURT for the Northern District of California

 *Plaintiff:* CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated
*Defendant:* TWITTER, INC.

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:22-cv-07739-KAW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CLASS ACTION COMPLAINT AND JURY DEMAND; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORER FOR MAGISTRATE JUGE KANDIS A. WESTMORE

3.  a. Party served: TWITTER, INC.
  b. Person served: Emanuel Jacobo, INTAKE SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS.

4. Address where the party was served: 330 N. BRAND BLVD. SUITE 700, GLENDALE, CA 91203

5. I served the party:
 a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Thu, Dec 15 2022 (2) at *(time)*: 12:40 PM
 (1) [X] **(business)**
 (2) [ ] **(home)**
 (3) [ ] **(other)** :

6. The "Notice to the Person Served" (on the summons) was completed as follows:
 a. [ ] as an individual defendant.
 b. [ ] as the person sued under the fictitious name of *(specify)*:
 c. [ ] as occupant.
 d. [X] On behalf of *(specify)*: TWITTER, INC.
  under the following Code of Civil Procedure section:

| | |
|---|---|
| [X] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
| [ ] other: | |



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE SUMMONS**

*8094384*
*(7950063)*
Page 1 of 2

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SHANNON LISS-RIORDAN (SBN SBN 310719)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street Suite 2000<br>Boston, MA 02116<br> *Telephone No:* 617-994-5800<br><br> *Attorney For:* Plaintiff   *Ref. No. or File No.:* TWITTER-STRIFLING | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATE DISTRICT COURT for the Northern District of California

*Plaintiff:* CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated
*Defendant:* TWITTER, INC.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:22-cv-07739-KAW |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name:   Douglas Forrest
   b. Address:   **FIRST LEGAL**
        200 WEBSTER STREET, SUITE 201
        OAKLAND, CA 94607
   c. Telephone number:   (415) 626-3111
   d. **The fee** for service was:   174.10
   e. I am:
    (1) [ ] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [X] a registered California process server:
     (i) [ ] owner   [ ] employee   [X] independent contractor
     (ii) Registration No:   5141, Los Angeles
     (iii) County:   Los Angeles

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

12/15/2022
(Date)      Douglas Forrest



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

8094384
(7950063)
Page 2 of 2