1   MORGAN, LEWIS & BOCKIUS LLP
    Eric Meckley, Bar No. 168181
2   eric.meckley@morganlewis.com
    Brian D. Berry, Bar No. 229893
3   brian.berry@morganlewis.com
    One Market, Spear Street Tower
4   San Francisco, CA  94105-1596
    Tel:    +1.415.442.1000
5   Fax:    +1.415.442.1001

6   Attorneys for Defendant
    TWITTER, INC.
7
    LICHTEN & LISS-RIORDAN, P.C.
8   Shannon Liss-Riordan, Bar No. 310719
    sliss@llrlaw.com
9   Thomas Fowler (*pro hac vice* forthcoming)
    tfowler@llrlaw.com
10  729 Boylston Street, Suite 2000
    Boston, MA 02116
11  Tel: +1.617.994.5800
    Fax: +1.617.994.5801
12
    Attorneys for Plaintiffs
13  CAROLINA BERNAL STRIFLING and
    WILLOW WREN TURKAL, on behalf of
14  themselves and all others similarly situated

15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18  CAROLINA BERNAL STRIFLING and          Case No. 4:22-cv-07739-KAW
    WILLOW WREN TURKAL, on behalf of
19  themselves and all others similarly situated,   **STIPULATION TO EXTEND
                                                     DEADLINE TO RESPOND TO
20              Plaintiffs,                          COMPLAINT**

21          v.

22  TWITTER, INC.,

23              Defendant.

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Pursuant to Local Rule 6-1(a), Plaintiffs Carolina Bernal Strifling and Willow Wren

2  Turkal ("Plaintiffs") and Defendant Twitter, Inc. ("Defendant") (collectively, the "Parties"), by

3  and through their undersigned counsel, hereby stipulate as follows:

4    WHEREAS, on December 7, 2022, Plaintiffs filed an original complaint in this action

5  (ECF No. 1);

6    WHEREAS, on December 15, 2022, Plaintiffs served their complaint on Twitter, which

7  set a deadline of January 5, 2023 for Defendant to respond to the complaint (ECF No. 8);

8    WHEREAS, the Parties agree to extend Defendant's deadline to respond to the complaint

9  by 21 days (i.e., to January 26, 2023);

10    WHEREAS, this extension will not alter the date of any event or any deadline already

11  fixed by Court order.

12    NOW, THEREFORE, the Parties stipulate that Defendant's deadline to respond to the

13  complaint is January 26, 2023.

14    IT IS SO STIPULATED.

15

16  Dated: December 23, 2022                    MORGAN, LEWIS & BOCKIUS LLP

17

18                                             By    /s/ Brian D. Berry
                                                    Eric Meckley
19                                                  Brian D. Berry
                                                    Attorneys for Defendant
20                                                  TWITTER, INC.

21  Dated: December 23, 2022                    LICHTEN & LISS-RIORDAN, P.C.

22

23                                             By    /s/ Shannon Liss-Riordan
                                                    Shannon Liss-Riordan
24                                                  Thomas Fowler
                                                    Attorneys for Plaintiffs
25                                                  CAROLINA BERNAL STRIFLING and
                                                    WILLOW WREN TURKAL, on behalf of
26                                                  themselves and all others similarly situated

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT
CASE NO. 4:22-CV-07739-KAW

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: December 23, 2022                    MORGAN, LEWIS & BOCKIUS LLP


By   */s/ Brian D. Berry*
                                            Eric Meckley
                                            Brian D. Berry
                                            Attorneys for Defendant
                                            TWITTER, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3