UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER INC., <br><br> Defendant. | Case No.22-cv-07739-JST <br><br> **CLERK'S NOTICE** <br> Re: Dkt. No. 13 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for April 4, 2023 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due March 28, 2023 by 5:00 P.M.

Dated: January 10, 2023

> Mark B. Busby
> Clerk of Court, United States District Court
>
> By:_____
> Mauriona Lee, Deputy Clerk to the
> Honorable JON S. TIGAR
> 510-637-3530