MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Joseph A. Govea, Bar No. 319683
joseph.govea@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 4:22-cv-07739-JST<br><br>**DEFENDANT TWITTER, INC.'S NOTICE OF APPEARANCE OF ERIC MECKLEY** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 44981686.1

NOTICE OF APPEARANCE OF
E. MECKLEY
CASE NO. 4:22-CV-07739-JST

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Eric Meckley of Morgan, Lewis & Bockius LLP, hereby appears as attorney of record on behalf of Defendant TWITTER, INC. ("Defendant") in the above-captioned action. He is a member of the State Bar of California and admitted to practice in the Northern District of California. His address, telephone and facsimile numbers, and e-mail address is below. Defendant requests that he be added to the docket and that e-mail notifications be sent to the email address below.

> Eric Meckley, Bar No. 168181
> MORGAN, LEWIS & BOCKIUS, LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1596
> Tel:   +1.415.442.1000
> Fax:   +1.415.442.1001
> Email: eric.meckley@morganlewis.com

Dated: January 12, 2023                     MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Eric Meckley*
Eric Meckley
Brian D. Berry
Ashlee N. Cherry
Joseph A. Govea
Kassia Stephenson
Attorneys for Defendant
TWITTER, INC.

2

NOTICE OF APPEARANCE OF
E. MECKLEY
CASE NO. 4:22-CV-07739-JST

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 44981686.1