| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com |
| 3 | Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com |
| 4 | Kassia Stephenson, Bar No. 336175<br>kassia.stephenson@morganlewis.com |
| 5 | One Market, Spear Street Tower<br>San Francisco, CA  94105-1596 |
| 6 | Tel:     +1.415.442.1000<br>Fax:    +1.415.442.1001 |

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Joseph A. Govea, Bar No. 319683
joseph.govea@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 4:22-cv-07739-JST<br><br>**DEFENDANT TWITTER, INC.'S NOTICE OF APPEARANCE OF ASHLEE N. CHERRY** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 44981675.1

NOTICE OF APPEARANCE OF A. CHERRY
CASE NO. 4:22-CV-07739-JST

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Ashlee N. Cherry of Morgan, Lewis & Bockius LLP, hereby appears as attorney of record on behalf of Defendant TWITTER, INC. ("Defendant") in the above-captioned action. She is a member of the State Bar of California and admitted to practice in the Northern District of California. Her address, telephone and facsimile numbers, and e-mail address is below. Defendant requests that she be added to the docket and that e-mail notifications be sent to the email address below.

> Ashlee N. Cherry, Bar No. 312731
> MORGAN, LEWIS & BOCKIUS LLP
> 1400 Page Mill Road
> Palo Alto, CA  94304
> Tel:   +1.650.843.4000
> Fax:   +1.650.843.4001
> Email: ashlee.cherry@morganlewis.com

Dated: January 12, 2023                     MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Ashlee N. Cherry*
Eric Meckley
Brian D. Berry
Ashlee N. Cherry
Joseph A. Govea
Kassia Stephenson
Attorneys for Defendant
TWITTER, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF A. CHERRY
CASE NO. 4:22-CV-07739-JST

DB2/ 44981675.1