MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Joseph A. Govea, Bar No. 319683
joseph.govea@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Phone: +1.714.830.0600
Fax: +1.714.830.0700

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 4:22-cv-07739-JST<br><br>**DEFENDANT TWITTER, INC.'S REVISED NOTICE OF APPEARANCE OF JOSEPH A. GOVEA** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 45003050.1

NOTICE OF APPEARANCE OF
J. GOVEA
CASE NO. 4:22-CV-07739-JST

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Joseph A. Govea of Morgan, Lewis & Bockius LLP, hereby appears as attorney of record on behalf of Defendant TWITTER, INC. ("Defendant") in the above-captioned action. He is a member of the State Bar of California and admitted to practice in the Northern District of California. His address, telephone and facsimile numbers, and e-mail address is below. Defendant requests that he be added to the docket and that e-mail notifications be sent to the email address below.

> Joseph A. Govea, Bar No. 319683
> MORGAN, LEWIS & BOCKIUS LLP
> 600 Anton Boulevard, Suite 1800
> Costa Mesa, CA 92626-7653
> Phone: +1.714.830.0600
> Fax: +1.714.830.0700
> joseph.govea@morganlewis.com

Dated: January 18, 2023                     MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Joseph A. Govea*
     Eric Meckley
     Brian D. Berry
     Ashlee N. Cherry
     Joseph A. Govea
     Kassia Stephenson
     Attorneys for Defendant
     TWITTER, INC.