UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TWITTER, INC.,<br><br>　　　　　　　Defendant. | Case No. 4:22-cv-07739-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO DISMISS THE COMPLAINT AND STRIKE THE CLASS CLAIMS**<br><br>Date: April 6, 2023<br>Time: 2:00 p.m.<br>Judge: Hon. Jon S. Tigar |

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/ 45030661.1

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS
AND STRIKE
CASE NO. 4:22-CV-07739-JST

# [PROPOSED] ORDER

Defendant Twitter, Inc.'s Motion to Dismiss the Complaint and Strike the Class Claims ("Motion") came on for hearing on April 6, 2023, the Honorable Jon S. Tigar presiding. The Parties were represented by their respective counsel of record. This Court, having considered the briefing and arguments submitted by the Parties, and good cause appearing therefore, hereby **GRANTS** Defendant Twitter, Inc.'s Motion.

**THEREFORE, IT IS ORDERED** as follows:

1. Plaintiffs' first cause of action for discrimination in violation of Title VII, 42 U.S.C. § 2000e, *et seq.* is dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

2. Plaintiffs' second cause of action for discrimination in violation of the California Fair Employment and Housing Act, Gov. Code § 12900, *et seq.* is dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

3. Plaintiffs' third cause of action for relief pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-02 is dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

4. Plaintiffs' class claims are dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state class claims. Alternatively, the class allegations in Plaintiffs' Complaint at Paragraphs 1, 2, 7, 8, 11, 46, 51 and Prayer for Relief, (a)–(d), are stricken pursuant to Fed. R. Civ. P. 12(f).

**IT IS SO ORDERED.**

DATED: _____        _____
The Honorable Jon. S. Tigar
United States District Court Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/ 45030661.1

2

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND STRIKE
CASE NO. 4:22-CV-07739- JST