LICHTEN & LISS-RIORDAN, P.C.
Shannon Liss-Riordan, Bar No. 310719
sliss@llrlaw.com
Thomas Fowler (*pro hac vice* forthcoming)
tfowler@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: +1.617.994.5800
Fax: +1.617.994.5801

Attorneys for Plaintiffs
CAROLINA BERNAL STRIFLING and
WILLOW WREN TURKAL, on behalf of
THEMSELVES AND ALL OTHERS SIMILARLY
SITUATED

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 4:22-cv-07739-JST<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON TWITTER'S MOTION TO DISMISS THE COMPLAINT AND STRIKE THE CLASS CLAIMS** |

1    Pursuant to Local Rule 6-1(b), Plaintiffs Carolina Bernal Strifling and Willow Wren

2  Turkal ("Plaintiffs") and Defendant Twitter, Inc. ("Defendant") (collectively, the "Parties"), by

3  and through their undersigned counsel, hereby stipulate as follows:

4    WHEREAS, on December 7, 2022, Plaintiffs filed the complaint in this action (ECF No.

5  1);

6    WHEREAS, on January 26, 2022, Twitter filed a Motion to Dismiss the Complaint and

7  Strike the Class Claims ("Motion") with a hearing set for April 6, 2023 at 2:00 p.m. (ECF No.

8  20);

9    NOW, THEREFORE, the Parties stipulate to the following extended briefing schedule on

10  Twitter's Motion:

11       • Plaintiffs will submit their brief in opposition to Twitter's Motion on or before
           February 17, 2023;
12

13       • Twitter will submit its reply in support of its Motion on or before March 1, 2023;

14  This extension will not alter the date of any event or any deadline already fixed by Court

   order.

15    IT IS SO STIPULATED.

16

17

18  Dated: February 8, 2023                    LICHTEN & LISS-RIORDAN, P.C.

19

20                                             By /s/ Shannon Liss-Riordan
                                                  Shannon Liss-Riordan
21                                                Thomas Fowler
                                                  Attorneys for Plaintiffs
22                                                CAROLINA BERNAL STRIFLING and
                                                  WILLOW WREN TURKAL, on behalf of
23                                                themselves and all others similarly situated

24

25

26

27

28
                                           1

STIPULATION TO EXTEND BRIEFING
SCHEDULED ON TWITTER'S MOTION TO
DISMISS THE COMPLAINT AND STRIKE
THE CLASS CLAIMS

Dated: February 8, 2023                    MORGAN, LEWIS & BOCKIUS LLP


By /s/ Brian D. Berry_____
Eric Meckley
Brian D. Berry
Attorneys for Defendant
TWITTER, INC.


**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: February 7, 2023                    LICHTEN & LISS-RIORDAN, P.C.


By  /s/ Shannon Liss-Riordan
Shannon Liss-Riordan

2

STIPULATION TO EXTEND BRIEFING
SCHEDULED ON TWITTER'S MOTION TO
DISMISS THE COMPLAINT AND STRIKE
THE CLASS CLAIMS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following briefing schedule on Defendant's Motion to Dismiss the Complaint and Strike the Class Claims (ECF No. 20):

- Plaintiffs' opposition shall be submitted on or before February 17, 2023.
- Twitter's reply to Plaintiffs' opposition shall be submitted on or before March 1, 2023.

The hearing date on Defendant's motions shall remain April 6, 2023, at 2:00 p.m.

Dated: _____February 9, 2023_____          _____

Hon. Jon S. Tigar
United States District Court Judge

STIPULATION TO EXTEND BRIEFING
SCHEDULED ON TWITTER'S MOTION TO
DISMISS THE COMPLAINT AND STRIKE
THE CLASS CLAIMS