# EXHIBIT A

# TRANSACTION REPORT

DEC/08/2022/THU 09:11 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|---|---|---|---|---|---|---|---|
| 001 | DEC/08 | 09:05AM | 4155223415 | 0:02:25 | 4 | MEMORY | OK | G3 3547 |

# LICHTEN & LISS-RIORDAN, P.C.

HAROLD L. LICHTEN*
SHANNON LISS-RIORDAN*▲◊
SARAH SCHALMAN-BERGEN■
MATTHEW W. THOMSON*
ADELAIDE H. PAGANO*
THOMAS P. FOWLER*◊

OLENA SAVYTSKA*
MICHELLE CASSORLA*^✤
ZACHARY RUBIN*◊▴*
MATTHEW PATTON*
KRYSTEN CONNON^■
MATTHEW CARRIERI*
MEL GONZALEZ◊
BENJAMIN J. WEBER*▫ OF COUNSEL

ATTORNEYS AT LAW

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

* ADMITTED IN MASSACHUSETTS
▲ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
■ ADMITTED IN PENNSYLVANIA
^ ADMITTED IN NEW JERSEY
✤ ADMITTED IN CONNECTICUT
✤ ADMITTED IN DISTRICT OF COLUMBIA
▫ ADMITTED IN TENNESSEE

Fax Number:    Telephone Number:

415-522-3415

To:         Roberta Steele, Regional Attorney

Company:    EEOC San Francisco District Office

From:       Shannon Liss-Riordan, Esq.

Date:       12/7/2022                Total Pages Including Cover Sheet: 3̶ 4

Client Name: **Carolina B. Strifling**

Comments:

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY

The document transmitted by this facsimile message may contain confidential and/or privileged information, which is intended only for the use of the addressee named above. If you are not such addressee, any disclosure, photocopying, distribution, or use of such documents or information is prohibited. If you have received this facsimile message in error, please immediately notify us by telephone so that we can arrange to retrieve such documents. Thank you for your attention to this matter.

If copy is illegible or incomplete, please call (617) 994-5800 for assistance.

# LICHTEN & LISS-RIORDAN, P.C.

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×∆◊
SARAH SCHALMAN-BERGEN■
MATTHEW W. THOMSON×
ADELAIDE H. PAGANO×
THOMAS P. FOWLER×◊

OLENA SAVYTSKA×
MICHELLE CASSORLA×^☼
ZACHARY RUBIN×◊^♦
MATTHEW PATTON×
KRYSTEN CONNON^■
MATTHEW CARRIERI×
MEL GONZALEZ◊
BENJAMIN J. WEBER×▫ OF COUNSEL

ATTORNEYS AT LAW

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

× ADMITTED IN MASSACHUSETTS
∆ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
■ ADMITTED IN PENNSYLVANIA
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT
☼ ADMITTED IN DISTRICT OF COLUMBIA
▫ ADMITTED IN TENNESSEE

---

Fax Number:           Telephone Number:
415-522-3415

To:        Roberta Steele, Regional Attorney

Company:   EEOC San Francisco District Office

From:      Shannon Liss-Riordan, Esq.

Date:      12/7/2022              Total Pages Including Cover Sheet: 3̷4

Client Name: **Carolina B. Strifling**

Comments:

---

☐ URGENT      ☐ FOR REVIEW       ☐ PLEASE COMMENT      ☐ PLEASE REPLY

---

The document transmitted by this facsimile message may contain confidential and/or privileged information, which is intended only for the use of the addressee named above. If you are not such addressee, any disclosure, photocopying, distribution, or use of such documents or information is prohibited. If you have received this facsimile message in error, please immediately notify us by telephone so that we can arrange to retrieve such documents. Thank you for your attention to this matter.

If copy is illegible or incomplete, please call (617) 994-5800 for assistance.

# LICHTEN & LISS-RIORDAN, P.C.

HAROLD L. LICHTEN˟
SHANNON LISS-RIORDAN˟ᐃ◊
SARAH SCHALMAN-BERGEN■
MATTHEW W. THOMSON˟
ADELAIDE H. PAGANO˟
THOMAS P. FOWLER˟◊

OLENA SAVYTSKA˟
MICHELLE CASSORLA˟^☼
ZACHARY RUBIN˟◊^♦
MATTHEW PATTON˟
KRYSTEN CONNON^■
MATTHEW CARRIERI˟
BENJAMIN J. WEBER˟▫ OF COUNSEL

ATTORNEYS AT LAW

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

˟ ADMITTED IN MASSACHUSETTS
ᐃ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
■ ADMITTED IN PENNSYLVANIA
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT
☼ ADMITTED IN DISTRICT OF COLUMBIA
▫ ADMITTED IN TENNESSEE

December 7, 2022

**VIA FACSIMILE**

Roberta Steele, Regional Attorney
EEOC San Francisco District Office
450 Golden Gate Avenue
5 West, P.O. Box 36025
San Francisco, CA 94102-3661
FAX: 415-522-3415

Dear Ms. Steele:

Our firm represents Ms. Carolina B. Strifling in her class action Charge of Discrimination against Twitter, Inc. ("Twitter"). As described in the enclosed charge, Ms. Strifling alleges that Twitter has discriminated against her and other workers on the basis of sex.

We request that the EEOC issue a notice of right to sue immediately. Simultaneously with the submission of this Charge, we are filing a lawsuit on Ms. Strifling's behalf in order to seek emergency relief to prevent Twitter from obtaining severance agreements that contain full releases from the individuals who have suffered sex discrimination in Twitter's mass layoffs.

Your attention to this matter is appreciated.

Sincerely,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to:    Agency(ies) Charge No(s):<br>___ FEPA<br>_X_ EEOC |
|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*)<br>Ms. Carolina B. Strifling | Home Phone (Incl. Area Code)<br>617-994-5800 | Date of Birth |
|---|---|---|

Street Address      City, State and ZIP Code
Miami, Florida, c/o Shannon Liss-Riordan, Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>Twitter, Inc. | No. Employees, Members<br>More than 5,000 | Phone No. (Include Area Code)<br>866-924-2008 |
|---|---|---|

Street Address      City, State and ZIP Code
1355 Market Street, San Francisco, CA 94103

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br><br>__ RACE   __ COLOR   _X_ SEX   __ RELIGION   __ NATIONAL ORIGIN<br><br>___ RETALIATION   __ AGE   ___ DISABILITY   ___ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest     Latest<br>November 4, 2022<br><br>_X_ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

Following a recent acquisition by Elon Musk, Twitter began laying thousands of employees off in a companywide mass layoff. On November 4, 2022, Twitter gave me notice that I would be laid off, effective January 2023. Elon Musk was personally involved in the process for choosing employees for layoff, which was widely reported to be ad hoc and chaotic and with little if any regard for employees' performance, abilities, and experience. Indeed, the layoffs proportionally affected a far higher proportion of women than men, to a highly statistically significant degree. This result is not surprising, as Elon Musk is widely known for his demeaning and hostile comments about women. Elon Musk has also implemented policies since his acquisition of Twitter that have had the effect (I believe intended effect) of resulting in more women than men leaving the company, through forced resignations, as well as terminations and layoffs. These policies include demanding unreasonable work hours (including encouraging employees to work 12 hour days for 7 days a week, sleeping in the office, and working out of physical offices), which is likely to have a disproportionate impact on women, who are more often caregivers for children and other family members, and thus not able to comply with such demands. I hereby assert a class claim of sex discrimination against Twitter under Title VII for female Twitter employees across the country.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 12/07/2022    *Carolina B Strifling*<br>_____    _____<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

# LICHTEN & LISS-RIORDAN, ɪ
The Labor, Employment & Class Action Specialists

**signNow**

## Document History

SignNow E-Signature Audit Log

All dates expressed in MM/DD/YYYY (US)

| | |
|---|---|
| **Document name:** | EEOC Charge Form - Carolina B. Strifling |
| **Document created:** | 12/08/2022 02:26:26 |
| **Document pages:** | 2 |
| **Document ID:** | 16f6d2547e98423fb0043e71b51de2e801a58df3 |
| **Document Sent:** | 12/08/2022 02:27:56 UTC |
| **Document Status:** | Signed |
| | 12/08/2022 02:35:13UTC |

| | |
|---|---|
| **Sender:** | lichtenlissriordan@llrlaw.com |
| **Signers:** | [redacted] |
| **CC:** | mborn@llrlaw.com, tfowler@llrlaw.com |

| Client | Event | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|
| SignNow Web Application | Uploaded the Document | lichtenlissriordan@llrlaw.com | 12/08/2022 02:26:26 am UTC | 12/08/2022 02:26:23 am UTC | 73.68.107.230 |
| SignNow Web Application | Viewed the Document | lichtenlissriordan@llrlaw.com | 12/08/2022 02:26:34 am UTC | 12/08/2022 02:26:34 am UTC | 73.68.107.230 |
| SignNow Web Application | Document Saved | lichtenlissriordan@llrlaw.com | 12/08/2022 02:27:51 am UTC | 12/08/2022 02:27:51 am UTC | 73.68.107.230 |
| SignNow Web Application | Invite Sent to: [redacted] | lichtenlissriordan@llrlaw.com | 12/08/2022 02:27:56 am UTC | 12/08/2022 02:27:55 am UTC | 73.68.107.230 |
| SignNow Web Application | Viewed the Document | [redacted] | 12/08/2022 02:31:06 am UTC | 12/08/2022 02:31:06 am UTC | 76.137.34.254 |
| SignNow Web Application | Signed the Document | [redacted] | 12/08/2022 02:35:13 am UTC | 12/08/2022 02:35:13 am UTC | 76.137.34.254 |
| SignNow Web Application | Added a Text | [redacted] | 12/08/2022 02:35:13 am UTC | 12/08/2022 02:35:13 am UTC | 76.137.34.254 |
| SignNow Web Application | Document Saved | [redacted] | 12/08/2022 02:35:13 am UTC | 12/08/2022 02:35:13 am UTC | 76.137.34.254 |
| SignNow Web Application | Viewed the Document | [redacted] | 12/08/2022 02:36:53 am UTC | 12/08/2022 02:36:53 am UTC | 76.137.34.254 |
| SignNow Web Application | Document Downloaded | lichtenlissriordan@llrlaw.com | 12/08/2022 02:37:39 am UTC | 12/08/2022 02:37:36 am UTC | 73.68.107.230 |
| SignNow Web Application | Document Downloaded | lichtenlissriordan@llrlaw.com | 12/08/2022 02:37:49 am UTC | 12/08/2022 02:37:47 am UTC | 73.68.107.230 |
| SignNow Web Application | Viewed the Document | lichtenlissriordan@llrlaw.com | 12/08/2022 02:37:59 am UTC | 12/08/2022 02:37:59 am UTC | 73.68.107.230 |