MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Jonathan D. Lotsoff, admitted *pro hac vice*
jonathan.lotsoff@morganlewis.com
110 North Wacker Drive
Chicago, IL 60606-1511
Tel:    +1.312.324.1000
Fax:   +1.312.324.1001

Attorneys for Defendant
TWITTER, INC.

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Joseph A. Govea, Bar No. 319683
joseph.govea@morganlewis.com
300 South Grand Avenue
Los Angeles, CA 90071-3132
Tel:    +1.714.830.0600
Fax:   +1.714.830.0700

MORGAN, LEWIS & BOCKIUS LLP
Carolyn M. Corcoran, admitted *pro hac vice*
carolyn.corcoran@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Tel:    +1.212.309.6000
Fax:   +1.212.309.6001

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 4:22-cv-07739-JST<br><br>**DEFENDANT TWITTER, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15** |

Pursuant to Northern District of California Civil Local Rule 3-15 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Twitter, Inc. ("Twitter"), by and through its counsel, certifies that Defendant Twitter, Inc. is wholly owned by X Holdings I, Inc., a privately held corporation.  No publicly held corporation owns 10% or more of Twitter's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: March 29, 2023                                                           MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Brian D. Berry*
Eric Meckley
Brian D. Berry
Jonathan D. Lotsoff
Ashlee N. Cherry
Joseph A. Govea
Kassia Stephenson
Carolyn M. Corcoran
Attorneys for Defendant
TWITTER, INC.