SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiffs Carolina Bernal Strifling and Willow Wren Turkal, on behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant | Case No. 4:22-cv-07739-JST<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to N.D. Cal. Civil Local Rule 3-15 and Fed. R. Civ. P. 7.1(a), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiffs Carolina Bernal Strifling and Willow Wren Turkal, and all other similarly situated who are members of the putative class asserted in this matter.

2. Defendant Twitter, Inc.

                    Respectfully submitted,

                    CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,

                    By their attorneys,

                     /s/ Shannon Liss-Riordan
                    Shannon Liss-Riordan, SBN 310719
                    Thomas Fowler (*pro hac vice* forthcoming)
                    LICHTEN & LISS-RIORDAN, P.C.
                    729 Boylston Street, Suite 2000
                    Boston, MA 02116
                    (617) 994-5800
                    Email:  sliss@llrlaw.com; tfowler@llrlaw.com

Dated:         March 29, 2023

## **CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendant Twitter, Inc. via the CM/ECF system on March 29, 2023.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan