MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Joseph A. Govea, Bar No. 319683
joseph.govea@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 4:22-cv-07739-JST<br><br>**DECLARATION OF BRIAN D. BERRY IN SUPPORT OF DEFENDANT TWITTER, INC.'S ADMINISTRATIVE MOTION TO SET TELEPHONIC CASE MANAGEMENT CONFERENCE RE CASE SCHEDULE** |

## DECLARATION OF BRIAN D. BERRY

I, Brian D. Berry, hereby declare and state:

1. I am an attorney duly licensed to practice law in the State of California as well as in the United States District Court for the Northern District of California. I am a partner at Morgan, Lewis & Bockius LLP, attorneys of record for Defendant Twitter, Inc. ("Twitter"). I make this declaration in support of Twitter's Administrative Motion to Set Telephonic Case Management Conference re Case Schedule in light of Plaintiffs' Violation of this Court's May 8, 2023 Order (ECF No. 38). I have personal knowledge of the facts set forth in this declaration, and I could and would competently testify to these facts if called upon to do so.

2. On Monday, May 29, 2023, I sent an email to Plaintiffs' counsel to identify the First Amended Complaint's violation of the Court's May 8, 2023 order, including to request that Plaintiffs stipulate to a joint request for a telephonic CMC re the case schedule in light of their violation. A true and correct copy of that email is attached as **Exhibit 1**.

3. As of the date of this declaration, Plaintiffs' counsel has not responded to that email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of May, 2023 in Berkeley, California.

                                                       */s/ Brian D. Berry*
                                                        Brian Berry