UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 4:22-cv-07739-JST<br><br>Assigned to Hon. Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER INC.'S ADMINISTRATIVE MOTION TO SET TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 45921463.1

[PROPOSED] ORDER GRANTING
DEFENDANT'S ADMINISTRATIVE
MOTION TO SET CMC
CASE NO. 4:22-CV-07739-JST

## **PROPOSED] ORDER**

This Court, having considered Defendant Twitter, Inc.'s ("Defendant") Administrative Motion to Set Telephonic Case Management Conference Re Case Scheduling in Light of Plaintiffs' Violation of this Court's May 8, 2023 Order (ECF No. 38) (the "Motion"), and good cause appearing, hereby **GRANTS** Defendant's Motion.

**THEREFORE, IT IS ORDERED** as follows:

A Telephonic Case Management Conference regarding Case Scheduling is hereby set for June __, 2023, at _____ p.m.

**IT IS SO ORDERED**.

Dated: _____

Hon. Jon S. Tigar
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

2

[PROPOSED] ORDER GRANTING
DEFENDANT'S ADMINISTRATIVE
MOTION TO SET CMC
CASE NO. 4:22-CV-07739- JST

DB2/ 45921463.1