| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com<br>Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com<br>Kassia Stephenson, Bar No. 336175<br>kassia.stephenson@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel:     +1.415.442.1000<br>Fax:    +1.415.442.1001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Jonathan D. Lotsoff, admitted pro hac vice<br>jonathan.lotsoff@morganlewis.com<br>110 North Wacker Drive<br>Chicago, IL 60606-1511<br>Tel:     +1.312.324.1000<br>Fax:    +1.312.324.1001<br><br>Attorneys for Defendants<br>TWITTER, INC. and X CORP.<br><br>[*additional counsel on next page*] | MORGAN, LEWIS & BOCKIUS LLP<br>Ashlee N. Cherry, Bar No. 312731<br>ashlee.cherry@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA  94304<br>Tel:     +1.650.843.4000<br>Fax:    +1.650.843.4001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Joseph A. Govea, Bar No. 319683<br>joseph.govea@morganlewis.com<br>600 Anton Boulevard, Suite 1800<br>Costa Mesa, CA 92626-7653<br>Phone: +1.714.830.0600<br>Fax: +1.714.830.0700<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Carolyn M. Corcoran, admitted pro hac vice<br>carolyn.corcoran@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Tel:     +1.212.309.6000<br>Fax:    +1.212.309.6001<br><br>Attorneys for Defendants<br>TWITTER, INC. and X CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING, WILLOW WREN TURKAL, and SYDNEY FREDERICK-OSBORN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 4:22-cv-07739-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR MOTION TO STRIKE FIRST AMENDED COMPLAINT, EXTENDING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT, AND WITHDRAWING ADMINISTRATIVE MOTION** |

1  LICHTEN & LISS-RIORDAN, P.C.
   Shannon Liss-Riordan, Bar No. 310719
2  sliss@llrlaw.com
   Thomas Fowler (*pro hac vice* forthcoming)
3  tfowler@llrlaw.com
   729 Boylston Street, Suite 2000
4  Boston, MA 02116
   Tel:  +1.617.994.5800
5  Fax:  +1.617.994.5801

6  Attorneys for Plaintiffs
   CAROLINA BERNAL STRIFLING,
7  WILLOW WREN TURKAL, and
   SYDNEY FREDERICK-OSBORN,
8  on behalf of themselves and all others similarly situated

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

|   |   |
|---|---|
| 1 | Plaintiffs Carolina Bernal Strifling, Willow Wren Turkal, and Sydney Frederick-Osborn ("Plaintiffs") and Defendants Twitter, Inc. and X Corp. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows: |

Plaintiffs Carolina Bernal Strifling, Willow Wren Turkal, and Sydney Frederick-Osborn ("Plaintiffs") and Defendants Twitter, Inc. and X Corp. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on December 7, 2022, Plaintiffs Strifling and Turkal filed an original Complaint alleging class claims for sex discrimination under Title VII and FEHA (ECF No. 1);

WHEREAS, on January 26, 2023, Defendant Twitter filed a Motion to Dismiss the Complaint (ECF No. 20);

WHEREAS, on May 8, 2023, the Court granted Twitter's Motion to Dismiss the Complaint with leave to amend (ECF No. 38);

WHEREAS, on May 26, 2023, Plaintiffs filed their First Amended Complaint ("FAC"), adding a new named Plaintiff Sydney Frederick-Osborn and new class and collective claims for age discrimination under the Age Discrimination in Employment Act ("ADEA") and the California Fair Employment and Housing Act ("FEHA") (ECF No. 41);

WHEREAS, on May 30, 2023, Defendant Twitter filed an Administrative Motion to Set Telephonic Case Management Conference Re Case Schedule in Light of Plaintiff's Violation of This Court's May 8, 2023 Order because Twitter contends the FAC violates the Court's Order dismissing the original complaint, which states, "Plaintiffs may file an amended complaint within twenty-one days of this order solely to cure the deficiencies identified by this Order." (ECF No. 38 (Order at 16);

WHEREAS, Plaintiff believes the FAC does not violate the Court's order and that in any event the FAC should not be stricken;

WHEREAS, the Parties now agree that the Court should rule on Twitter's forthcoming motion to strike the addition of a new plaintiff and the ADEA and FEHA age discrimination claims before Twitter is required to file its Motion to Dismiss the FAC (or a further amended complaint);

WHEREAS, the Parties agree that Twitter's motion to strike shall be filed by June 16, 2023;

1  WHEREAS, the Parties further agree that Twitter's deadline to file its Motion to Dismiss (or otherwise respond to the operative complaint) shall be twenty-one (21) days after the Court rules on Twitter's forthcoming motion to strike, if the Court denies the motion to strike, or twenty-one (21) days from the filing of a further amended complaint, if the Court grants the motion to strike; and

WHEREAS, in light of this agreement, Twitter is withdrawing without prejudice its Administrative Motion to Set Telephonic Case Management Conference (ECF No. 38).

NOW, THEREFORE, the Parties stipulate as follows:

1. Twitter's deadline to file a motion to strike is June 16, 2023;

2. Twitter's deadline to respond to the FAC will be twenty-one (21) days after the Court rules on Twitter's forthcoming motion to strike, if the Court denies the motion to strike, or twenty-one (21) days from the filing of a further amended complaint, if the Court grants the motion to strike;

3. Twitter's Administrative Motion to Set Telephonic Case Management Conference (ECF No. 38) is withdrawn without prejudice.

IT IS SO STIPULATED.

Dated: May 31, 2023                         MORGAN, LEWIS & BOCKIUS LLP


By  */s/ Brian D. Berry*
Eric Meckley
Brian D. Berry
Jonathan D. Lotsoff
Ashlee N. Cherry
Joseph A. Govea
Kassia Stephenson

Attorneys for Defendants
TWITTER, INC. and X CORP.

Dated: May 31, 2023                                           LICHTEN & LISS-RIORDAN, P.C.

                                                      By   */s/ Shannon Liss-Riordan*
                                                            Shannon Liss-Riordan
                                                            Thomas Fowler

                                                            Attorneys for Plaintiffs
                                                            CAROLINA BERNAL STRIFLING,
                                                            WILLOW WREN TURKAL, and
                                                            SYDNEY FREDERICK-OSBORN, on
                                                            behalf of themselves and all others
                                                            similarly situated

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: May 31, 2023                                           MORGAN, LEWIS & BOCKIUS LLP

                                                      By   */s/ Brian D. Berry*
                                                            Eric Meckley
                                                            Brian D. Berry
                                                            Jonathan D. Lotsoff
                                                            Ashlee N. Cherry
                                                            Joseph A. Govea
                                                            Kassia Stephenson
                                                            Attorneys for Defendants
                                                            TWITTER, INC. and X CORP.

# [PROPOSED] ORDER

Having considered the Parties' Stipulation Re Motion to Strike, to Extend Deadline to Respond to First Amended Complaint, and to Vacate Administrative Motion, and good cause appearing, it is hereby ORDERED that:

Defendants' motion to strike the First Amended Complaint shall be submitted on or before June 16, 2023.

Defendants' deadline to respond to Plaintiffs' First Amended Complaint shall be 21 days after this Court rules on Defendants' forthcoming motion to strike, if the Court denies the motion to strike, or twenty-one (21) days from the filing of a further amended complaint, if the Court grants the motion to strike.

Defendants' Administrative Motion to Set Telephonic Case Management Conference Re Case Schedule in Light of Plaintiff's Violation of This Court's May 8, 2023 Order (ECF No. 38) is vacated without prejudice.

**IT IS SO ORDERED**.

Dated: June 1, 2023

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

DB2/ 45928436.1