UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>TWITTER, INC.,<br><br>  Defendant. | Case No. 4:22-cv-07739-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT**<br><br>Date: August 31, 2023<br>Time: 2:00 p.m.<br>Judge: Hon. Jon S. Tigar |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 46014173.1

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO STRIKE
CASE NO. 4:22-CV-07739-JST

# [PROPOSED] ORDER

Defendant Twitter, Inc.'s Motion to Strike Portions of the First Amended Complaint ("Motion") came on for hearing on August 31, 2023, the Honorable Jon S. Tigar presiding. The Parties were represented by their respective counsel of record. This Court, having considered the briefing and arguments submitted by the Parties, and good cause appearing therefore, hereby **GRANTS** Defendant Twitter, Inc.'s Motion.

**THEREFORE, IT IS ORDERED** as follows:

1. Plaintiffs' third cause of action for age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.* is stricken pursuant to Fed. R. Civ. P. 12(f).

2. Plaintiffs' fourth cause of action for age discrimination in violation of the California Fair Employment and Housing Act, Gov. Code § 12900, *et seq.* is stricken pursuant to Fed. R. Civ. P. 12(f).

3. All references to Plaintiff Sydney Frederick-Osborne in the caption and throughout the amended complaint, and all allegations related to purported age discrimination as they appear in paragraphs 1, 3, 4, 7, 8, 11, 13, 39, 40, 44, 46, 47, 48, 49, 54, 55, 58, and Prayer for Relief sections (b), (d), (e), and (g), are stricken pursuant to Fed. R. Civ. P. 12(f).

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Jon. S. Tigar
United States District Court Judge

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 46014173.1

2

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE
CASE NO. 4:22-CV-07739- JST