1  LICHTEN & LISS-RIORDAN, P.C.
   Shannon Liss-Riordan, Bar No. 310719
2  sliss@llrlaw.com
   Thomas Fowler (*pro hac vice* forthcoming)
3  tfowler@llrlaw.com
   729 Boylston Street, Suite 2000
4  Boston, MA 02116
   Tel:  +1.617.994.5800
5  Fax:  +1.617.994.5801

6  Attorneys for Plaintiffs
   CAROLINA BERNAL STRIFLING and
7  WILLOW WREN TURKAL, on behalf of
   THEMSELVES AND ALL OTHERS SIMILARLY
8  SITUATED

9  MORGAN, LEWIS & BOCKIUS LLP
   Eric Meckley, Bar No. 168181
10 eric.meckley@morganlewis.com
   Brian D. Berry, Bar No. 229893
11 brian.berry@morganlewis.com

12 Attorneys for Defendant
   TWITTER, INC.
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 | CAROLINA BERNAL STRIFLING, | Case No. 4:22-cv-07739-JST |
   | WILLOW WREN TURKAL, and SYDNEY | |
17 | FREDERICK-OSBORN on behalf of | **STIPULATION TO RESCHEDULE** |
   | themselves and all others similarly situated, | **MOTION HEARING** |
18 | | |
   |           Plaintiffs, | |
19 | | |
   |     v. | |
20 | | |
   | TWITTER, INC., | |
21 | | |
   |           Defendant. | |
22

23
24
25
26
27
28

Pursuant to Local Rule 6-1(b), Plaintiffs Carolina Bernal Strifling, Willow Wren Turkal, and Sydney Frederick-Osborn ("Plaintiffs") and Defendant Twitter, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, there is currently a Motion Hearing set to take place on August 31, 2023 at 2:00 PM in Oakland, Courtroom 6, 2nd Floor before Judge Jon S. Tigar;

WHEREAS, Plaintiff's Counsel is unavailable that day as she is taking her daughter to college, and the parties have conferred and agree to the new proposed date, if convenient for the court;

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

The Motion Hearing currently scheduled for August 31, 2023, will be rescheduled to take place on September 7, 2023 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: August 22, 2023          LICHTEN & LISS-RIORDAN, P.C.

                                By /s/ Shannon Liss-Riordan
                                   Shannon Liss-Riordan
                                   Thomas Fowler
                                   Attorneys for Plaintiffs
                                   CAROLINA BERNAL STRIFLING and
                                   WILLOW WREN TURKAL, on behalf of
                                   themselves and all others similarly situated

Dated: August 22, 2023          MORGAN, LEWIS & BOCKIUS LLP

                                By /s/ Brian D. Berry
                                   Eric Meckley
                                   Brian D. Berry

1          STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1
2         Attorneys for Defendant
          TWITTER, INC.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: August 22, 2023                                       LICHTEN & LISS-RIORDAN, P.C.


                                                             By  /s/ Shannon Liss-Riordan
                                                                 Shannon Liss-Riordan

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following:

The Motion Hearing currently scheduled to take place on August 31, 2023, at 2:00 pm is rescheduled to take place on September 7, 2023, at 2:00 p.m.

Dated: _____          _____
                                              Hon. Jon S. Tigar
                                              District Court Judge