UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING, et al., <br><br>Plaintiffs, <br><br>v. <br><br>TWITTER INC., et al., <br><br>Defendants. | Case No. 22-cv-07739-JST <br><br>**ORDER VACATING MOTION HEARING** <br><br>Re: ECF Nos. 46 & 51 |

Before the Court is Defendants' motion to strike. ECF No. 46. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without a hearing. The motion hearing set for August 31, 2023 is hereby vacated. The parties' joint request to continue the motion hearing to September 7, 2023, ECF No. 51, is hereby denied as moot.

**IT IS SO ORDERED.**

Dated: August 23, 2023



JON S. TIGAR
United States District Judge