SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:      (617) 994-5801

Attorneys for Plaintiffs
CAROLINA BERNAL STRIFLING,
WILLOW WREN TURKAL, and SYDNEY
FREDERICK-OSBORNE

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:     +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:     +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN
INTEREST TO TWITTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLINA BERNAL STRIFLING, WILLOW WREN TURKAL, and SYDNEY FREDERICK-OSBORNE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 4:22-cv-07739-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION** |

1    Pursuant to Civil Local Rule 6-2, Plaintiffs Carolina Bernal Strifling, Willow Wren

2    Turkal, and Sydney Frederick-Osborne ("Plaintiffs") and Defendant X Corp., on its own behalf

3    and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiffs and

4    Defendant shall collectively be referred to as the "Parties"), by and through their undersigned

5    counsel, hereby stipulate as follows:

6         WHEREAS, on August 24, 2023, the Court in the matter entitled *Eitan Adler v. Twitter,*

7    *Inc. and X Corp.*, Case No. 3:23-cv-01788-JD (N.D. Cal.) ordered the parties to mediate the

8    plaintiff's claims, and the parties have scheduled such mediation to take place on December 1–2,

9    2023;

10        WHEREAS, counsel for the Parties have conferred and agreed that the interests of

11   preserving judicial economy and the Parties' collective time and resources would be best served

12   by including the pending Action within the scope of mediation ordered by the federal court in

13   *Adler*.

14        WHEREAS, in service of judicial economy counsel for the Parties have conferred and

15   agreed to request a temporary stay of this Action, including all currently pending deadlines,

16   briefing schedules, court conferences, motion hearings and Court decisions through January 2,

17   2024, given that mediation will occur in December;

18        WHEREAS, the Parties have conferred and specifically request that the Court defer ruling

19   on Defendant's pending Motion to Strike Portions of the First Amended Complaint, which is

20   currently under submission with the Court, until January 2, 2024 or later.

21        NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's

22   approval:

23        1.    This Action shall be stayed through January 2, 2024;

24        2.    All pending pre-trial and discovery-related deadlines shall be continued to dates

25   after January 2, 2024;

26        3.    The Court shall defer ruling on Defendant's pending Motion to Strike Portions of

27   the First Amended Complaint until January 2, 2024 or later; and

28        4.    The Parties shall report to the Court the status of settlement discussions by January

STIPULATION AND [PROPOSED] ORDER
TO STAY CASE PENDING MEDIATION
Case No. 4:22-cv-07739-JST

1   2, 2024, and indicate their position as to whether the stay should be continued or lifted.

2

3        IT IS SO STIPULATED.

4                                          Respectfully submitted,
                                           CAROLINA BERNAL STRIFLING, WILLOW
5                                          WREN TURKAL, and SYDNEY FREDERICK-
                                           OSBORNE, on behalf of themselves and all others
6                                          similarly situated,

7                                          By their attorneys,

8
                                           /s/ *Shannon Liss-Riordan*
9                                          Shannon Liss-Riordan, SBN 310719
                                           Thomas Fowler (*pro hac vice* forthcoming)
10                                         LICHTEN & LISS-RIORDAN, P.C.
                                           729 Boylston Street, Suite 2000
11                                         Boston, MA 02116
                                           (617) 994-5800
12                                         Email:  sliss@llrlaw.com; tfowler@llrlaw.com

13

14                                         Respectfully submitted,
                                           X CORP. as successor in interest to
15                                         TWITTER, INC.

16                                         By their attorneys,

17
                                           /s/ *Eric Meckley*
18                                         Eric Meckley, SBN 168181
                                           Brian D. Berry, SBN 229893
19                                         Ashlee N. Cherry, SBN 312731
                                           Kassia Stephenson
20                                         MORGAN, LEWIS, & BOCKIUS LLP
                                           One Market, Spear Street Tower
21                                         San Francisco, CA 94105
                                           (415) 442-1000
22                                         Email: eric.meckley@morganlewis.com;
                                           Email: brian.berry@morganlewis.com
23

24

25   Dated:        September 15, 2023

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO STAY CASE PENDING MEDIATION
Case No. 4:22-cv-07739-JST

1

**[PROPOSED] ORDER**

2        Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby

3    orders that, to allow the Parties to mediate the claims in this Action:

4        1.        This Action shall be stayed through January 2, 2024.

5        2.        All pending pre-trial and discovery-related deadlines shall be continued to dates

6    after January 2, 2024.

7        3.        The Court shall defer ruling on Defendant's pending Motion to Strike Portions of

8    the First Amended Complaint until January 2, 2024 or later.

9        4.        The Parties shall submit a joint status report no later than January 2, 2024

10   regarding the status of settlement discussions and indicate their position as to whether the stay

11   should be continued or lifted.

12

13   Dated: _____        _____

14                                            Honorable Jon S. Tigar
                                             District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO STAY CASE PENDING MEDIATION
Case No. 4:22-cv-07739-JST