| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719)<br>(sliss@llrlaw.com)<br>THOMAS FOWLER (*pro hac vice* forthcoming)<br>(tfowler@llrlaw.com)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:    (617) 994-5800<br>Facsimile:     (617) 994-5801<br><br>Attorneys for Plaintiffs<br>CAROLINA BERNAL STRIFLING,<br>and WILLOW WREN TURKAL | MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com<br>Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com<br>Roshni C. Kapoor, Bar No. 310612<br>roshni.kapoor@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel:     +1.415.442.1000<br>Fax:    +1.415.442.1001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Ashlee N. Cherry, Bar No. 312731<br>ashlee.cherry@morganlewis.com<br>Kassia Stephenson, Bar No. 336175<br>kassia.stephenson@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA  94304<br>Tel:     +1.650.843.4000<br>Fax:    +1.650.843.4001<br><br>Attorneys for Defendant<br>X CORP. f/k/a TWITTER, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLINA BERNAL STRIFLING, and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>TWITTER, INC. and X CORP.,<br><br>                    Defendants. | Case No. 4:22-cv-07739-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Carolina Bernal Strifling and Willow Wren Turkal ("Plaintiffs") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiffs and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 26, 2024, the Court scheduled a Case Management Conference for April 30, 2024 at 2:00 p.m. (*see* ECF No. 63);

WHEREAS, on February 9, 2024, Defendant filed a Motion to Dismiss the Second Amended Complaint (the "Motion") (*see* ECF No. 64);

WHEREAS, the Parties have fully briefed the Motion and the Court has vacated the Motion hearing date, finding the matter suitable for disposition without oral argument (*see* ECF No. 69);

WHEREAS, the Parties have met and conferred and believe that it would promote the efficient use of judicial and party resources to address case management issues and scheduling after the Court has ruled on the pending Motion; and

WHEREAS, the Parties request that the Court vacate the Case Management Conference currently set for April 30, 2024 and re-set the Case Management Conference after ruling on the pending Motion.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

The Case Management Conference currently set for April 30, 2024, is vacated and shall be re-set following the Court's ruling on Defendant's pending Motion to Dismiss the Second Amended Complaint.

The Parties' joint Case Management Conference statement shall be due one week in advance of the continued Case Management Conference.

IT IS SO STIPULATED.

/ / /

|    |                          |                                                                                                                         |
|----|--------------------------|-------------------------------------------------------------------------------------------------------------------------|
| 1  |                          | Respectfully submitted,                                                                                                 |
| 2  | Dated:  April 22, 2024   | CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,            |
| 4  |                          | By their attorneys,                                                                                                     |
| 5  |                          | */s/ Thomas Fowler*                                                                                                     |
| 6  |                          | Shannon Liss-Riordan<br>Thomas Fowler                                                                                   |
| 8  |                          | Respectfully submitted,                                                                                                 |
| 9  | Dated:  April 22, 2024   | X CORP. as successor in interest to TWITTER, INC.                                                                       |
| 11 |                          | By their attorneys,                                                                                                     |
| 12 |                          | */s/ Eric Meckley*<br>Eric Meckley<br>Brian D. Berry<br>Roshni C. Kapoor<br>Ashlee N. Cherry<br>Kassia Stephenson        |

**[PROPOSED] ORDER**

The Case Management Conference currently set for April 30, 2024, is vacated and shall be re-set following the Court's ruling on Defendant's pending Motion to Dismiss the Second Amended Complaint.

The Parties' joint Case Management Conference statement shall be due one week in advance of the case management conference date.

Dated: _____        _____
                                              HON. JON S. TIGAR
                                              UNITED STATES DISTRICT JUDGE