Shannon Liss-Riordan (SBN 310719)
*sliss@llrlaw.com*
Thomas Fowler (*pro hac vice* forthcoming)
*tfowler@llrlaw.com*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

Adam Rose (SBN 210880)
*adam@starrlaw.com*
LAW OFFICE OF ROBERT STARR
23901 Calabasas Rd, Suite 2072
Calabasas, CA 91302
Tel: (818) 225-9040

*Attorneys for Plaintiffs Carolina Bernal Strifling and Willow Wren Turkal, on behalf of themselves and all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC. and X CORP., <br><br> Defendants. | Case No. 4:22-cv-07739-JST <br><br> **NOTICE OF APPEARANCE** <br><br> Judge: Hon. Jon S. Tigar |

# NOTICE OF APPEARANCE

Please enter the appearance of Adam Rose as counsel for Plaintiffs Carolina Bernal Strifling and Willow Wren Turkal, and all others similarly situated in the above-captioned matter.

Dated: June 19, 2024                                   Respectfully submitted,

CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,

By his attorneys,

 /s/ Adam Rose
Adam Rose (SBN 210880)
*adam@starrlaw.com*
LAW OFFICE OF ROBERT STARR
23901 Calabasas Rd, Suite 2072
Calabasas, CA 91302
Tel: (818) 225-9040

Shannon Liss-Riordan (SBN 310719)
*sliss@llrlaw.com*
Thomas Fowler (*pro hac vice* forthcoming)
*tfowler@llrlaw.com*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

## CERTIFICATE OF SERVICE

I, Adam Rose, hereby certify that a true and accurate copy of this document was served on counsel for Defendants Twitter, Inc. and X Corp. via the CM/ECF system on June 19, 2024.

 /s/ Adam Rose
Adam Rose