| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719)<br>(sliss@llrlaw.com)<br>THOMAS FOWLER (*pro hac vice*)<br>(tfowler@llrlaw.com)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile: (617) 994-5801<br><br>Attorneys for Plaintiffs<br>CAROLINA BERNAL STRIFLING, and<br>WILLOW WREN TURKAL | MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com<br>Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com<br>Roshni C. Kapoor, Bar No. 310612<br>roshni.kapoor@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Ashlee N. Cherry, Bar No. 312731<br>ashlee.cherry@morganlewis.com<br>Kassia Stephenson, Bar No. 336175<br>kassia.stephenson@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: +1.650.843.4000<br>Fax: +1.650.843.4001<br><br>Attorneys for Defendant<br>X CORP. f/k/a TWITTER, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLINA BERNAL STRIFLING, and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 4:22-cv-07739-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1    Pursuant to Civil Local Rule 6-2, Plaintiffs Carolina Bernal Strifling and Willow Wren Turkal ("Plaintiffs") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiffs and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on June 18, 2024, the Court scheduled a Case Management Conference for August 27, 2024 at 2:00 p.m. (*see* ECF No. 78);

WHEREAS, on February 9, 2024, Defendant filed a Motion to Dismiss the Second Amended Complaint (the "Motion") (*see* ECF No. 64);

WHEREAS, the Parties have fully briefed the Motion and the Court has vacated the Motion hearing date, finding the matter suitable for disposition without oral argument (*see* ECF No. 69);

WHEREAS, the Parties had previously stipulated to vacating the previous date for the case management conference, which was set for June 25, 2024 (ECF Nos. 77 and 78), in light of the pending Motion;

WHEREAS, the Parties have met and conferred and continue believe that it would promote the efficient use of judicial and party resources to address case management issues and scheduling after the Court has ruled on the pending Motion; and

WHEREAS, the Parties request that the Court vacate the Case Management Conference currently set for August 27, 2024 and re-set the Case Management Conference after ruling on the pending Motion.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

The Case Management Conference currently set for August 27, 2024, is vacated and shall be re-set following the Court's ruling on Defendant's pending Motion to Dismiss the Second Amended Complaint.

The Parties' joint Case Management Conference statement shall be due one week in advance of the continued Case Management Conference.

IT IS SO STIPULATED.

Respectfully submitted,

CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,

By their attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan
Thomas Fowler

Respectfully submitted,
X CORP. as successor in interest to TWITTER, INC.

By their attorneys,

/s/ *Brian D. Berry*
Eric Meckley
Brian D. Berry
Roshni C. Kapoor
Ashlee N. Cherry
Kassia Stephenson

Dated:            August 19, 2024

**[PROPOSED] ORDER**

The Case Management Conference currently set for August 27, 2024 is vacated and shall be re-set following the Court's ruling on Defendant's pending Motion to Dismiss the Second Amended Complaint.

The Parties' joint Case Management Conference statement shall be due one week in advance of the case management conference date.

Dated: _____          _____
                                        Honorable Jon S. Tigar
                                        District Court Judge