LICHTEN & LISS-RIORDAN, P.C.
Shannon Liss-Riordan, Bar No. 310719
sliss@llrlaw.com
Thomas Fowler (*admitted pro hac vice*)
tfowler@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: +1.617.994.5800
Fax: +1.617.994.5801

Attorneys for Plaintiffs
CAROLINA BERNAL STRIFLING and
WILLOW WREN TURKAL, on behalf of
themselves and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 4:22-cv-07739-JST<br><br>**~~PROPOSED~~ ORDER ON PLAINTIFFS' MOTION TO SEAL** |

**[PROPOSED] ORDER**

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Motion at page 1, lines 21-22; page 2, lines 24-28; page 5, lines 8-15, 20-21, 23-24, 26-28; page 6, lines 4-6, 13, 15, 20, 24, 25, 27-28; page 7, 1-15; page 10, lines 6-19; page 11, lines 1-5; page 12, lines 17-28; page 13, lines 17-28; page 14, lines 1-28 page 20, lines 8-9 | Liss-Riordan Declaration | GRANTED |
| Exhibit 1 | Liss-Riordan Declaration | GRANTED |
| Exhibit 2 | Liss-Riordan Declaration | GRANTED |
| Exhibit 3 | Liss-Riordan Declaration | GRANTED |
| Exhibit 20 | Liss-Riordan Declaration | GRANTED |
| Exhibit 21 | Liss-Riordan Declaration | GRANTED |
| Exhibit 22 | Liss-Riordan Declaration | GRANTED |
| Exhibit 23 | Liss-Riordan Declaration | GRANTED |
| Exhibit 24 | Liss-Riordan Declaration | GRANTED |
| Exhibit 25 | Liss-Riordan Declaration | GRANTED |
| Exhibit 26 | Liss-Riordan Declaration | GRANTED |
| Exhibit 27 | Liss-Riordan Declaration | GRANTED |
| Exhibit 28 | Liss-Riordan Declaration | GRANTED |
| Exhibit 29 | Liss-Riordan Declaration | GRANTED |
| Exhibit 30 | Liss-Riordan Declaration | GRANTED |
| Exhibit 31 | Liss-Riordan Declaration | GRANTED |
| Exhibit 32 | Liss-Riordan Declaration | GRANTED |

| Exhibit 33 | Liss-Riordan Declaration | GRANTED |
|---|---|---|
| Exhibit 34 | Liss-Riordan Declaration | GRANTED |
| Exhibit 35 | Liss-Riordan Declaration | GRANTED |

Dated: May 7, 2025

_____
Hon. Jon S. Tigar