| | |
|---|---|
| LICHTEN & LISS-RIORDAN, P.C.<br>Shannon Liss-Riordan, Bar No. 310719<br>sliss@llrlaw.com<br>Thomas Fowler (admitted *pro hac vice*)<br>tfowler@llrlaw.com<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Tel: +1.617.994.5800<br>Fax: +1.617.994.5801<br><br>Attorneys for Plaintiffs CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated | MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com<br>Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com<br>Roshni C. Kapoor, Bar No. 310612<br>roshni.kapoor@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel:   +1.415.442.1000<br>Fax:  +1.415.442.1001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Ashlee N. Cherry, Bar No. 312731<br>ashlee.cherry@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>Tel:   +1.650.843.4000<br>Fax:  +1.650.843.4001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Carolyn M. Corcoran (admitted *pro hac vice*)<br>carolyn.corcoran@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0060<br>Tel: +1.212.309.6000<br>Fax: +1.212.309.6001<br><br>Attorneys for Defendant<br>X CORP. f/k/a TWITTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>TWITTER, INC.,<br><br>            Defendant. | Case No. 4:22-cv-07739-JST<br><br>Related to Case No. 3:24-cv-04054-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING AND HEARING SCHEDULE** |

Plaintiffs Carolina Bernal Strifling and Willow Wren Turkal ("Plaintiffs") and Defendant X Corp. on its own behalf and as successor in interest to Twitter ("Defendant" or "Twitter") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on April 25, 2025, Plaintiffs filed their Motion for Class Certification (ECF No. 106), which included as attachments various arbitration awards involving Defendant and other clients of Plaintiffs' counsel, which Defendant contends are confidential;

WHEREAS, on April 28, 2025, the court vacated the June 19, 2025 hearing date on Plaintiffs' Motion for Class Certification because it is a holiday and instructed Plaintiffs to re-notice the motion for another date (ECF No. 112);

WHEREAS, on May 5, 2025, Defendant filed papers in support of sealing certain materials, including the arbitration awards, that Plaintiffs attached to their class certification motion (ECF No. 114), and on May 7, 2025, the Court granted the motion to seal (ECF No. 116);

WHEREAS, on May 5, 2025, Defendant filed its motion to strike the arbitration awards that Plaintiffs filed in support of their Motion for Class Certification ("Motion to Strike"), with a hearing date of July 3, 2025 (ECF No. 115);

WHEREAS, the parties respectfully request that the Court advance the hearing on the Motion to Strike from July 3, 2025 to June 12, 2025 or June 26, 2025;

WHEREAS, Defendant believes that fairness and efficiency support continuing the briefing schedule on the Motion for Class Certification until after the Court rules on the Motion to Strike, when the record on Plaintiffs' Motion for Class Certification will be settled, so that Defendant knows what materials and arguments it must address in its Opposition to Class Certification. Defendant requested that Plaintiffs agree to modify the schedule accordingly;

WHEREAS, to promote the orderly administration of justice and to conserve the Parties' resources by ensuring that the Parties are addressing only materials before the Court on Plaintiffs' Motion for Class Certification, Plaintiffs agreed to Defendant's request that its response deadline to Plaintiffs' Motion for Class Certification be deferred until after the Court rules on Defendant's Motion to Strike; and

WHEREAS, the Parties agree the Court should continue the hearing and briefing schedule on Plaintiffs' Motion for Class Certification and adopt the following schedule:

| Event | Current Date | Proposed Change |
|---|---|---|
| Opp. re Motion to Strike | May 19, 2025 (ECF No. 114) | No change |
| Reply re Motion to Strike | May 27, 2025 (*Id.*) | No change |
| Hearing re Motion to Strike | July 3, 2025 (*Id.*) | June 12, 2025 or June 26, 2025 |
| Opp./Experts re Motion for Class Cert. | May 27, 2025 (ECF No. 105) | + 21 days from order on Motion to Strike. |
| Expert deadline re Class Cert. | June 10, 2025 (*Id.*) | + 35 days from order on Motion to Strike. |
| Reply re Motion for Class Cert. | June 17, 2025 (*Id.*) | + 42 days from order on Motion to Strike. |
| Hearing re Motion for Class Cert. | None (ECF No. 112) | First Thursday that is at least +63 days from order on Motion to Strike, or other date that is convenient for the Court. |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, that the briefing and hearing schedule be revised accordingly.

IT IS SO STIPULATED.

Dated: May 13, 2025                                     MORGAN, LEWIS & BOCKIUS LLP

                                                        By  */s/ Brian D. Berry*
                                                            Eric Meckley
                                                            Brian D. Berry
                                                            Roshni C. Kapoor
                                                            Ashlee N. Cherry
                                                            Carolyn M. Corcoran
                                                            Attorneys for Defendant
                                                            X CORP. f/k/a TWITTER, INC.

Dated: May 13, 2025                                     LICHTEN & LISS-RIORDAN, P.C.

                                                        By  /s/ Shannon Liss-Riordan
                                                        Shannon Liss-Riordan
                                                        Thomas Fowler
                                                        Attorneys for Plaintiffs
                                                        CAROLINA BERNAL STRIFLING and
                                                        WILLOW WREN TURKAL, on behalf of
                                                        themselves and all others similarly situated

**Signature Attestation**

Pursuant to Local Rule 5-1(i)(1), I certify that each of the other signatories to this document have concurred in its filing.

                                                        /s/ Brian D. Berry
                                                        Brian D. Berry

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

                                                        _____
                                                        HON. JON S. TIGAR
                                                        UNITED STATES DISTRICT JUDGE