| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719) (sliss@llrlaw.com) THOMAS FOWLER (*pro hac vice*) (tfowler@llrlaw.com) LICHTEN & LISS-RIORDAN, P.C. 729 Boylston Street, Suite 2000 Boston, MA 02116 Telephone: (617) 994-5800 Facsimile: (617) 994-5801 | ERIC MECKLEY (SBN 168181) (eric.meckley@morganlewis.com) BRIAN D. BERRY (SBN 229893) (brian.berry@morganlewis.com) MORGAN, LEWIS, & BOCKIUS, LLP One Market, Spear Street Tower San Francisco, CA 94105 Telephone: (415) 442-1000 Fax: (415) 442-1001 |
| *Attorneys for Plaintiffs Carolina Bernal Strifling and Willow Wren Turkal, on behalf of themselves and all others similarly situated* | Attorneys for Defendant X Corp. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., and X CORP., <br><br> Defendants | Case No. 4:22-cv-07739-JST <br><br> **JOINT STIPULATION REGARDING SETTLEMENT** |

# JOINT STIPULATION

Plaintiffs Carolina Bernal Strifling and Willow Wren Turkal ("Plaintiffs") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. On August 21, 2025, the Parties reached a settlement in principle regarding Plaintiff's claims in this action.

2. On August 27, 2025, the Parties notified the Court that the Parties reached settlement in principle of this matter, noting that they expected to file a stipulated dismissal under Rule 41 within the next 30 days.

3. On September 2, 2025, the Court vacated all pretrial deadlines and conditionally dismissed the case with prejudice, and allowing 60 days for the Parties to file a notice if the settlement is not finalized before dismissing the case with prejudice.

4. As of this filing, the Parties have not finalized the settlement, but have made substantial progress and are working in good faith to diligently finalize the written settlement agreement.

5. The Parties now anticipate that the settlement agreement will be finalized by the end of February 2026.

WHEREFORE, the Parties respectfully request that the Court grant them until March 10, 2026, in which to file a motion to vacate the dismissal order should settlement not occur by that time.

| | | |
|---|---|---|
| 1 | Dated: October 29, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | CAROLINA BERNAL STRIFLING and WILLOW WREN TURKAL |
| 4 | | By their attorneys, |
| 5 | | */s/ Shannon Liss-Riordan* |
| 6 | | Shannon Liss-Riordan (SBN 310719)<br>(sliss@llrlaw.com) |
| 7 | | LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000 |
| 8 | | Boston, MA 02116<br>(617) 994-5800 |
| 9 | | |
| 10 | | Respectfully submitted, |
| 11 | | X CORP., |
| 12 | | By its attorneys, |
| 13 | | */s/ Eric Meckley* |
| 14 | | ERIC MECKLEY (SBN 168181)<br>eric.meckley@morganlewis.com |
| 15 | | BRIAN D. BERRY (SBN 229893)<br>brian.berry@morganlewis.com |
| 16 | | MORGAN, LEWIS, & BOCKIUS, LLP<br>One Market, Spear Street Tower |
| 17 | | San Francisco, CA 94105 |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on Defendants' counsel via the CM/ECF system on October 29, 2025.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

**[PROPOSED] ORDER**

This matter coming before the Court on the Parties' Stipulation regarding Settlement, the Court hereby orders as follows:

1. Any motion to vacate the dismissal order shall be filed by March 10, 2026.

IT IS SO ORDERED.


Dated: _____    _____
                                                                                        Hon. Jon S. Tigar
                                                                                        District Court Judge